```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NORMA HERRERA *on behalf of herself and others  :
similarly situated*,                            :
                                                :
                           Plaintiff,           :
                                                :       11 Civ. 0676 (JMF)
              -v-                               :
                                                :       ORDER
29TH STREET MARKETPLACE *doing business as*     :
Chelsea Marketplace and SHIRLEY DOMINGO,        :
                                                :
                           Defendants.          :
                                                :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/30/12

JESSE M. FURMAN, District Judge:

   The Court has been advised that the parties in this action, brought pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, have reached a settlement. Under the FLSA, an employer who violates the requirement that overtime wages be paid must pay both the unpaid overtime compensation and an additional equal amount as liquidated damages. *See id.* § 216(b). In the event a settlement is for less than this amount, the settlement must be scrutinized by the Court to ensure that it is fair. *See, e.g., Elliott v. Allstate Investigations, Inc.*, No. 07 Civ. 6078 (DLC), 2008 WL 728648, at *1-2 (S.D.N.Y. Mar. 19, 2008). Moreover, because this lawsuit was filed as a putative class action, the Court must determine whether the named plaintiff has used the class action claim to prejudice absent class members. *See id.* at *2.

   Accordingly, it is hereby ORDERED that the parties submit letters by **May 15, 2012** explaining the basis for the proposed settlement and why it should be approved.

   SO ORDERED.

Dated: New York, New York
       April 30, 2012

_____
JESSE M. FURMAN
United States District Judge